MILDRED KLEIMAN, an Infant, by HARRY KLEIMAN, Her Guardian ad Litem, Respondent, v. DAVID ALBERT and Another, Individually and as Copartners, etc., Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellants to abide the event unless plaintiff stipulates to reduce the judgment as entered to the sum of $6,136.10; in which event the judgment as so modified and the order appealed from are affirmed, without costs.   No opinion.   Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Dowling, P. J., and McAvoy, J., dissent and vote for reversal on the ground that the finding of negligence on the part of the defendants is against the weight of the evidence. Settle order on notice.

ROBERT L. TITUS, Respondent, v. LOUIS IMERSHEIN, Appellant, and ALBERT ROBBINS, Respondent.— Judgment and order affirmed, with costs.   No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BANCA NAZIONALE DI CREDITO, as Liquidating Agent of BANCA ITALIANA DI SCONTO, Respondent, v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

GASTON & COMPANY, INC., v. ALL RUSSIAN ZEMSKY UNION.— Motion to dismiss appeal denied.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SANKA COFFEE CORPORATION v. BROADWAY SUBWAY ADVERTISING CO., INC.— Motion granted.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of A. ALBERT PAYMAN for Admission to the Bar. — Referred to the committee on character and fitness.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of HARRY GOLDMAN for an Order of Rehearing. — Referred to the committee on character and fitness.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of MAX JOSEPH for Admission to the Bar.— Referred to the committee on character and fitness.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

FRANK SILVER v. PARK-LEX HOLDING CORPORATION and Another, Impleaded, etc.— Preference granted for November 9, 1927.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of MARY AGNEW MEYN, Deceased.— Preference granted for November 29, 1927.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of ELIZABETH A. HOWARD-MARTIN, Deceased.— Preference granted for November 29, 1927.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

FRANK M. DUNBAUGH v. JAMES E. HAMS, as Executor, etc., and MATTHEW M. MARSHALL.— Preference granted for November 15, 1927.   Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, v. DAVID NEUSCHTAT.— Preference granted

42

for December 1, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTONIO MARINO.— Preference granted for November 11, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

MANARROW REALTIES, INC., v. E. J. CONRAD CORPORATION and Others.— Motion granted on condition that appellant be ready to argue or submit the said appeal on the 18th day of November, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

40TH ST. & PARK AVENUE, INC., v. AUSTEN G. Fox and Another, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

EDWARD DAVIDOW & RUFUS LEMAIRE, INC., v. GEORGE JESSEL.— Motion granted on condition that appellant be ready to argue or submit the said appeal on the 18th day of November, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

GREGORY B. STOLBERG and Another, Appellants, v. GRACE AMERICAN INTERNATIONAL CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

ANNIE O'KEEFE and Others v. GERTRUDE CORLESS and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed so that the appeal can be argued on the 18th day of November, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

FRANK SILVER v. PARK-LEX HOLDING CORPORATION and Others.— Motion granted so far as to permit the moving party to file a brief as *amicus curiæ* upon the argument of the appeal. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

EMMA H. ORVIS v. HOMER W. ORVIS.— Motion granted upon condition that appellant be ready to argue or submit the said appeal on the 18th day of November, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

EMMA H. ORVIS v. HOMER W. ORVIS.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

ISAAC D. LEVY, Respondent, v. SAMUEL A. ZUCKER, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

CLAIRE GERLI, Respondent, v. L. BACHMANN & Co., INC., Appellant, Impleaded, etc. MANUEL MONSANTO and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.; Finch and Proskauer, JJ., dissent.

MARY LAMB DUSOSSOIT, Appellant, Respondent, v. J. & R. LAMB, INC., and Others, Respondents, Appellants.— Order reversed, with ten dollars costs and disbursements to the plaintiff, and defendants' motion to modify and limit notice of examination denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of the Application of PACKMORE REALTY CORPORATION, Respond-